■ ONEIDA INFANTE et al., Appellants, v RALPH MARIANI et al., Respondents.—In a negligence action to recover damages for personal injuries, etc., plaintiffs appeal from (1) an order of the Supreme Court, Richmond County, dated July 15, 1975, which denied plaintiffs' motion, *inter alia,* to set aside the jury verdict in favor of defendants, and (2) a judgment of the same court entered August 11, 1975, in favor of defendants, upon the said verdict. Order and judgment reversed, on the facts, and motion granted to the extent that the verdict is set aside and a new trial granted, with costs to abide the event. In our opinion the verdict is against the weight of the evidence. Defendants rested at the conclusion of plaintiffs' proof. Thus, the only evidence in the case established that, without any warning, the vehicle owned by defendant Boval Co. Inc. and operated by defendant Mariani, in violation of sections 1154 and 1211 of the Vehicle and Traffic Law, backed up and struck and injured plaintiff Oneida Infante. Gulotta, P. J., Martuscello, Latham, Margett and Shapiro, JJ., concur.

■ In the Matter of DARRELL A. ALLEYNE, Petitioner, v LOUIS J. FRANK, as Commissioner of Police of the County of Nassau, Respondent.—Proceeding pursuant to CPLR article 78 to review respondent's determination, dated July 8, 1975, which, after a hearing, fined petitioner two days' pay on Case No. 4152 and two days' pay on Case No. 4157. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. There was substantial evidence to support the determination of the trial commissioner that petitioner was guilty of violating article 6, rules 15 and 9 (subd 1) of the Rules and Regulations of the Nassau County Police Department. Furthermore, the imposition of a fine of two days' pay for each infraction of the rules is not a punishment so disproportionate to the offenses as to be shocking to one's sense of fairness (see *Matter of Pitt v Town Bd. of Town of Ramapo,* 10 AD2d 958; *Matter of Pell v Board of Educ. of Union Free School Dist. No. 1 of Towns of Scarsdale & Mamaroneck,* 34 NY2d 222). Gulotta, P. J., Martuscello, Latham, Margett and Shapiro, JJ., concur.